IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAWAZ AL-JALJOULI, Derivatively on Behalf of ALDEYRA THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD C. BRADY, JOSHUA REED, BRUCE GREENBERG, RICHARD H. DOUGLAS, BEN BRONSTEIN, M.D., MARTIN J. JOYCE, NANCY MILLER-RICH, GARY PHILLIPS, M.D., and NEAL WALKER, D.O., <br><br> Defendants <br><br> -and- <br><br> ALDEYRA THERAPEUTICS, INC., <br><br> Nominal Defendant | Civil Action No.: 1:24-cv-10585-DJC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Fawaz Al-Jaljouli voluntarily dismisses this action in its entirety without prejudice. Defendants have neither answered the complaint nor moved for summary judgment in the above-captioned action. Dismissal under Fed. R. Civ. P. 41(a)(1)(i) is therefore appropriate.

Date: June 24, 2024

Respectfully submitted,

LEVI & KORSINSKY LLP

/s/*Shannon L. Hopkins*
Shannon L. Hopkins (MBN: 657485)
shopkins@zlk.com
1111 Summer Street, Suite 403
Stamford, CT, 06905
Tel: 203-992-4523
Fax: 212-363-7171
*Local Counsel for Plaintiff*

and

**HYNES & HERNANDEZ LLC**

Michael J. Hynes
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Fax: (484) 875-9273
Email: mhynes@hh-lawfirm.com
*Counsel for Plaintiff*

and

**BRAGAR EAGEL & SQUIRE, P.C.**

Badge Humphries
2113 Middle Street, Suite 305
Sullivan's Island, SC 29482
Telephone: (843) 883-7424
Email: humphries@bespc.com
*Counsel for Plaintiff*